UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

TANYA M. SNORDEN,

        Debtor.

Case No. 15-02902
Chapter 7
Hon. John T. Gregg
Filed: May 14, 2015

INFORMATIONAL FILING REGARDING
THE FEBRUARY 1, 2016 ORDER DIRECTING DISCLOSURE

    Pursuant to the February 1, 2016 Order Directing Disclosure (DN 37), a Retainer Agreement is hereby attached.

                          Respectfully submitted,

                          DIETRICH LAW FIRM

Dated: 2/4/16

                          */s/ Michael T. Brown P71385 with permission*
                          Robert W. Dietrich (P49704)
                          Attorney for Debtor
                          3815 W. Saint Joseph Street, Ste. B-400
                          Lansing, Michigan 48917
                          (517) 374-8000
                          rwd@DietrichLawFirm.net

## REFERRAL RETAINER

### Creditor: A&A Rent-A-Ride, Inc.

Barrett Law, PLLC is authorized to refer this matter to the Dietrich Law Firm for prosecution and collect a referral fee of 1/3 of the attorney fees received by the Dietrich Law Firm, after deduction of the out of pocket costs in pursuing this matter.

**Recovery by Settlement:** Our fee for a settlement is ½ of the first $2,000.00 per creditor. For amounts over $2,000.00 per creditor, our fee is 1/3.

**Determination by the Court:** If the Court makes a determination on damages in this matter, as a client, you will receive your actual damages and our office will receive its reasonable attorney fees and costs, as determined by the Court. Any sanctions (i.e. treble damages, punitive damages) will be split 50%-50% between you, as a client, and our office. The first $2,802.19 is reserved to Barrett Law, PLLC for prior legal services in this case.

**Recovered Funds:** The Client authorizes and instructs the Dietrich Law Firm to endorse for deposit in the Client's name and on their behalf, such moneys, checks, drafts, or other forms of remittance that the Dietrich Law Firm may receive. All funds released directly to Client are to be turned over to the Dietrich Law Firm immediately. The Dietrich Law Firm has a duty to fully account to Client for these funds. The proceeds released or recovered will be applied (1st) to attorney fees earned from the recovery, (2nd) to any other balances owed to the Dietrich Law Firm (i.e. out-of-pocket expenses) and (3rd) any remaining funds will be returned to you.

**Limited Power of Attorney:** The undersigned, a client of the Dietrich Law Firm, hereby executes this Limited Power of Attorney so that Robert W. Dietrich, Esq. ("Attorney-in-Fact") is authorized to receive, endorse and deposit into the Dietrich Law Firm's trust account, the same as I could do if personally present, any and all checks issued to me in connection with the Dietrich Law Firm's representation of me.

This Limited Power of Attorney shall be effective immediately upon execution, and shall be in full force and effect for a period of six (6) years from the date of signing.

I hereby authorize the use of a photocopy of this Limited Power of Attorney, in lieu of the original copy executed by me, for the purpose of effectuating the terms and provisions hereof.

I expressly authorize any party dealing with my Attorney-in-Fact to rely implicitly upon all acts performed by my Attorney-in-Fact, in my name, without any liability or responsibility.

Signature: _Tanya Snorden_
Tanya M. Snorden

Date: _11-12-15_

Accepted by: _____  Dated: 11-13-15
Dietrich Law Firm

_____  Dated: 11/13/15
Barrett Law, PLLC  by
*Dennis Barrett*